# Third District Court of Appeal

**State of Florida**

Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1701
Lower Tribunal No. 96-12914
_____

**Steven Gamble,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Steven Gamble, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Gamble v. State, 919 So. 2d 452 (Fla. 3d DCA 2005).